# AKIN LAW GROUP PLLC
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400     Fax. (212) 825-1440

December 6, 2021

<u>Via ECF</u>

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Marvici, et al. v. Roche Facilities Maintenance LLC, et al.*
        Case No. 1:21-cv-04259 (PAE)(JLC)

Dear Judge Engelmayer:

  As the Court is aware, this firm represents Plaintiffs Chiala Marvici ("Marvici") and Yasmin Fadil ("Fadil") in the above-referenced matter. Defendants have not appeared in this action, and no counsel has contacted my office on Defendants' behalf. Plaintiffs respectfully request a two week extension of their deadline by which to move for default against all non-answering Defendants—from December 6, 2021 to December 20, 2021. This is the fourth request for an extension of time and the second request since Defendant Stephen Roche's time to respond to the Complaint expired. This is Plaintiffs' anticipated final request for an extension. Plaintiffs are in the process of finalizing their motion papers. No other deadlines are affected by the granting of the requested extension.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              **Akin Law Group PLLC**

              <u>*/s/ Robert D. Salaman*</u>
              Robert D. Salaman
              45 Broadway, Suite 1420
              New York, NY 10006
              (212) 825-1400

              *Counsel for Plaintiff*

Granted.
SO ORDERED.

*[signature: Paul A. Engelmayer]*
   PAUL A. ENGELMAYER
   United States District Judge
   12/6/2021