USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/23/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CHIALA MARVICI, *et al.*,

        Plaintiffs,

  -v-

ROCHE FACILITIES MAINTENANCE LLC, *et al.*,

        Defendants.

-----------------------------------------------------------X

**ORDER**

21-CV-4259 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held an initial case management conference today, at which it set an informal discovery deadline of **March 31, 2022** for parties to exchange documents and any other information that would assist the parties in resolving the case. In a separate order, the Court will refer the case to the Court Mediation Program for a mediation to take place in April 2022. The parties are directed to report the outcome of the mediation to the Court within one week of its completion.

      **SO ORDERED.**

Dated: February 23, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge