UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIALA MARVICI and YASMINE FADIL,

                               Plaintiffs,

-v-

ROCHE FACILITIES MAINTENANCE LLC, LAURA AMORUSO, and STEPHEN ROCHE,

                               Defendants.

21 Civ. 4259 (PAE) (JLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 4, 2022, the Court received, via email, a letter explaining irreconcilable differences justifying defense counsel's desire to withdraw from this case. *See* Dkt. 52. Upon review of the letter, the Court finds withdrawal warranted and expects to grant counsel's motion to withdraw.

Counsel's withdrawal, however, risks leaving a corporate entity—Roche Facilities Maintenance LLC ("RFM")—unrepresented and unable to proceed *pro se*. *See Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a corporation."). The Court, therefore, will give RFM two weeks, until April 20, 2022, to retain a new attorney and for that attorney to formally appear on its behalf. It will also hold in abeyance, until April 20, 2022—or earlier if successor counsel appears on RFM's behalf before then—counsel's motion to withdraw. If RFM remains unrepresented after April 20, 2022, the Court will entertain the motion previously submitted by plaintiffs for entry of default judgment as to RFM. *See* Dkt. 35.

1

Defense counsel is directed to serve a copy of this order on all defendants forthwith. Upon the completion of service, counsel shall file a file a sworn declaration or affidavit on the docket of this case attesting that service was made and specifying the dates and means of service.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 6, 2022
New York, New York