```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHIALA MARVICI and YASMINE FADIL,   :
:
              Plaintiffs,   :
:
    - v -                               :
:
ROCHE FACILITIES MAINTENANCE  :
LLC, *et al.*,                            :
:
              Defendants.   :
---------------------------------------------------------------X

**ORDER**

21-CV-4259 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      WHEREAS, the plaintiffs and defendant Laura Amoruso came before the undersigned for a settlement conference on March 13, 2023 and reached a settlement;

      IT IS HEREBY ORDERED that the plaintiffs and Amoruso are directed to file a joint letter motion along with their settlement agreement **no later than April 13, 2023,** to request court approval.  The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      The parties should submit their settlement papers to Judge Engelmayer unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c).  If they wish to consent to my review, consent forms are available on

the Court website and must be submitted by **April 13, 2023**.

    **SO ORDERED.**

Dated: March 13, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge