UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIALA MARVICI, *and* YASMINE FADIL,

                              Plaintiffs,

                    -v-

ROCHE FACILITIES MAINTENANCE LLC, *et al.*,

                              Defendants.

21 Civ. 4259 (PAE) (JLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

    WHEREAS on April 13, 2023, plaintiffs Chiala Marvici and Yasmine Fadil (together, "plaintiffs") consented to United States Magistrate Judge Cott, *see* Proposed Order, Dkt. 74, entering a final order as to their dispositive motion for approval of the Fair Labor Standards Act settlement agreement with defendant Laura Amoruso;

    WHEREAS the Court entered an order referring the parties to Judge Cott for the entry of final judgment as to the dispositive motion, Dkt. 75;

    WHEREAS that order should pertain only to the dispositive motion for approval between plaintiffs and Amoruso, and not any other motions or defendants;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to reassign the case to the undersigned, who will clarify the scope of the current referral by separate order.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: June 27, 2023
       New York, New York