UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIALA MARVICI, et al., <br><br>                            Plaintiffs, <br><br> -against- <br><br> ROCHE FACILITIES MAINTENANCE LLC, et al., <br><br>                            Defendants. | 21-cv-4259 <br><br> **ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

      On May 6, 2022, the Court granted a default judgment to Plaintiffs on the issue of liability against Defendants Roche Facilities Maintenance LLC and Stephen Roche, and referred this case to Magistrate Judge James L. Cott for an inquest on the issue of damages.  *See* Docket Nos. 61, 62.  In a Report and Recommendation filed on September 8, 2023, Magistrate Judge Cott recommended Plaintiffs be awarded damages, interest, fees, and costs.  *See* Docket No. 92.

      Under Title 28, United States Code, Section 636(b)(1)(C) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, a party may file "specific written objections" to a Magistrate Judge's Report and Recommendations "[w]ithin fourteen days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see* 28 U.S.C. § 636(b)(1)(C).  If a party does not file such written objections within the specified time, however, that party "waives any further judicial review of the report," both by the District Court and on appeal.  *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see* Docket No. 92, at 35.

      It is therefore ORDERED that **within two business days of the date of this Order,** Plaintiff shall serve a copy of the Report and Recommendation on Defendant, together with a copy of this Order, and file proof of such service on the docket.  If Plaintiffs believe such service has already been made, they shall file proof of such service on the docket by the same date.

      SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                    United States District Judge