**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHIALA MARVICI, et al.,

                Plaintiffs,                              21 **CIVIL** 4259

       -against-                                   **<u>JUDGMENT</u>**

ROCHE FACILITIES MAINTENANCE LLC, et al.,

                Defendants.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 12, 2023, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety.  Magistrate Judge Cott recommended the following damages awards in favor of Plaintiffs: Plaintiff Marvici: $57,009, plus prejudgment interest at 9% on $2,744.50 of those damages from November 21, 2020, until the date of final judgment, in the amount of $713.95; Plaintiff Fadil: $4,092, plus prejudgment interest at 9% on $2,046.40 of those damages from December 15, 2020, until the date of final judgment, in the amount of $520.23;  Under New York Labor Law, if any damages remain unpaid ninety days after issuance of judgment, Plaintiffs will be entitled to a 15% increase on all damages amounts, except Plaintiff Marvici's lost wages ($51,520), which are awarded under the federal Fair Labor Standards Act; Attorneys' fees and costs: $18,194.50;  and Post-judgment interest on all sums calculated according to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York

      October 12, 2023

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                                **Deputy Clerk**